IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 4:06cr8WHB-JCS

GARRICK THOMAS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictment in Criminal No. 4:06cr8WHB-JCS filed on March 8, 2006, against the defendant, GARRICK THOMAS, without prejudice, for the reason that defendant is charged in Criminal No. 4:06cr13WHB-JCS on May 1, 2006 to an information.

DUNN LAMPTON
United States Attorney

By:  */s/ Jack B. Lacy, Jr.*
JACK B. LACY, JR.
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 3rd day of August, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE