IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.	CRIMINAL NO. 4:06cr8WHB-JCS

GARRICK THOMAS

### ORDER OF DISMISSAL COUNT 1

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 of the Criminal Indictment against the defendant, GARRICK THOMAS, without prejudice in consequence of his plea to Count 2 thereof.

DUNN LAMPTON
United States Attorney

By:	/s/ JACK B. LACY, JR.
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 1.

ORDERED this 17th day of August, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE